Irvin Emanuel COLEMAN,
Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.

No. 02–7513.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 6, 2003.

Irvin Emanuel Coleman, Appellant Pro Se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Irvin Emanuel Coleman seeks to appeal the magistrate judge's order granting respondent an extension of time to respond to Coleman's petition filed under 28 U.S.C. § 2254 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Coleman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*